IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES EDWARD HILL,

    Plaintiff,            JUDGMENT IN A CIVIL CASE

v.               Case No. 12-cv-864-wmc

SERGEANT FORBES,
C.O. SHIEFELBEIN, SERGEANT
MAGLIOR, SHARON HARTER,
MICHAEL DITTMAN and
CORRECTIONAL OFFICER REESE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

    /s/                                            5/22/2014

| Peter Oppeneer, Clerk of Court | Date |
|---|---|